## *United States District Court for the Northern District of Illinois*

Case Number:                              Assigned/Issued  By:

Judge Name:                             Designated Magistrate Judge:

---

### FEE INFORMATION

**Amount Due:**     ☐ $350.00     ☐ $39.00     ☐ $5.00

                         ☐ IFP         ☐ No Fee     ☐ Other _____

                         ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                         ☐ Alias Summons

☐ Third Party Summons          ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____

☐ Citation to Discover Assets           (Victim, Against and $ Amount)

☐ Writ _____
            (Type of Writ)

_____Original and _____ copies on _____ as to _____
                                 (Date)

_____

_____