UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAPST LICENSING GmbH & Co. KG<br>　　　　　　　　　　Plaintiff, | Civil Action No. 08cv3608 |
| v. | Judge Conlon |
| SANYO ELECTRIC CO., LTD., SANYO<br>NORTH AMERICA CORPORATION<br>　　　　　　　　　　Defendants | Magistrate Judge Nolan |

LOCAL RULE 3.4
NOTICE OF CLAIMS INVOLVING PATENTS

　　　　Plaintiff, Papst Licensing GmbH & Co. KG ("Papst Licensing"), by its undersigned counsel, hereby submits the following Notice of Claims Involving Patents.

*Pursuant to Rule 35 U.S.C. 209*:

I.　　　Parties:

　　　　Plaintiff, Papst Licensing is headquartered at Bahnfostrasse 33, 78112 St. Georgen, Germany.

　　　　Defendant, Sanyo Electric Co., Ltd. is located at 5-5, Keihan-Hondori 2-chome, Moriguchi City, Osaka 570-8677, Japan.

　　　　Defendant Sanyo North America Corporation is located at 2055 Sanyo Avenue, San Diego, CA 93154.

II.  <u>Patents</u>:

United States patent No. 6,470,399 B1 duly and legally issued on October 22, 2002.

United States Patent No. 6,895,449 B2 duly and legally issued on May 17, 2005.

<u>/s/ Jerold B. Schnayer</u>
Jerold B. Schnayer (2495538)
James P. White (3001032)
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois  60606
 (312) 655-1500

*Counsel for PAPST LICENSING GmbH & Co. KG*

June 27, 2008