# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3608 - ` | **DATE** | 7/17/08 |
| **CASE TITLE** | PAPST LICENSING GMBh & CO. KG vs. SANYO ELECTRIC CO., LTD, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff's consent motion for an extension of time for defendant Sanyo North American Corporation to respond to complaint [15] is entered and continued to July 24, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|