# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3608 | **DATE** | 7/24/2008 |
| **CASE TITLE** | PAPST LICENSING GmbH & CO. KG vs. SANYO ELECTRIC CO., LTD., ET AL | | |

**DOCKET ENTRY TEXT**

Status and motion hearing held. Papst Licensing's consent motion for an extension of time for Sanyo North America Corporation to respond to the complaint [15] is granted. Defendant Sanyo Electronic Co., Ltd. shall answer or otherwise plead to the complaint by September 15, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|