# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3608 | **DATE** | 7/25/2008 |
| **CASE TITLE** | PAPST LICENSING GmbH & Co. KG vs. SANYO ELECTRIC CO., LTD., ET AL | | |

**DOCKET ENTRY TEXT**

Due to a clerical error, the minute order dated July 24, 2008 is amended. Defendant Sanyo North American Corporation shall answer or otherwise plead to the complaint by September 15, 2008. Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001) this case is transferred under 28, U.S.C. § 1407 to the District of Columbia.

*/s/ Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|