AO279, NOLAN, TERMED, TRANSFER

# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08–cv–03608

Papst Licensing GmbH &Co. KG v. Sanyo Electric Co., Ltd. et al
Assigned to: Honorable Suzanne B. Conlon
Cause: 35:145 Patent Infringement

Date Filed: 06/24/2008
Date Terminated: 07/25/2008
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Papst Licensing GmbH &Co. KG**  represented by  **James Patrick White**
Welsh &Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 655–1500
Email: jpwhite@welshkatz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerold B. Schnayer**
Welsh &Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 655–1500
Email: jbschnayer@welshkatz.com
*ATTORNEY TO BE NOTICED*

**John L. Ambrogi**
Welsh &Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 655–1500
Fax: (312) 655–1501
Email: jambrogi@welshkatz.com
*ATTORNEY TO BE NOTICED*

**Joseph Eben Cwik**
Welsh &Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 655–1500
Email: jecwik@welshkatz.com
*ATTORNEY TO BE NOTICED*

**Michele Sharon Katz**
Welsh &Katz, Ltd.
120 South Riverside Plaza

    22nd Floor  
    Chicago, IL 60606  
    (312) 655–1500  
    Fax: 312/655–1500  
    Email: mkatz@welshkatz.com  
    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sanyo Electric Co., Ltd.**

**Defendant**

**Sanyo North America Corporation**     represented by    **Breighanne Aileen Eggert**  
    Katten Muchin Rosenman LLP  
    525 West Monroe Street  
    Chicago, IL 60661  
    312 902 5391  
    Email: breighanne.eggert@kattenlaw.com  
    *ATTORNEY TO BE NOTICED*

    **Michael Adam Dorfman**  
    Katten Muchin Rosenman LLP  
    525 West Monroe Street  
    Chicago, IL 60661  
    (312) 902–5200  
    Fax: 312–902–1061  
    Email: Michael.Dorfman@kattenlaw.com  
    *ATTORNEY TO BE NOTICED*

    **Timothy J. Vezeau**  
    Katten Muchin Rosenman LLP  
    525 West Monroe Street  
    Chicago, IL 60661  
    (312) 902–5200  
    Email: timothy.vezeau@kattenlaw.com  
    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2008 | Ï 1 | COMPLAINT filed by Papst Licensing GmbH &Co. KG; Jury Demand. Filing fee $ 350.(kj, ) (Entered: 06/26/2008) |
| 06/24/2008 | Ï 2 | CIVIL Cover Sheet. (kj, ) (Entered: 06/26/2008) |
| 06/25/2008 | Ï 9 | Entered on incorrect docket. (kj, ) Modified on 6/30/2008 (kj, ). (Entered: 06/27/2008) |
| 06/26/2008 | Ï 3 | ATTORNEY Appearance for Plaintiff Papst Licensing GmbH &Co. KG by James Patrick White. (kj, ) (Entered: 06/26/2008) |
| 06/26/2008 | Ï 4 | ATTORNEY Appearance for Plaintiff Papst Licensing GmbH &Co. KG by John L. Ambrogi. (kj, ) (Entered: 06/26/2008) |

| | | |
|---|---|---|
| 06/26/2008 | Ï 5 | ATTORNEY Appearance for Plaintiff Papst Licensing GmbH &Co. KG by Jerold B. Schnayer. (kj, ) (Entered: 06/26/2008) |
| 06/26/2008 | Ï 8 | SUMMONS Issued as to Defendants Sanyo Electric Co., Ltd., Sanyo North America Corporation. (kj, ) (Entered: 06/27/2008) |
| 06/27/2008 | Ï 10 | MINUTE entry before the Honorable Suzanne B. Conlon: Status hearing set for 7/24/2008 at 09:00 AM. At the status hearing, the parties are to report on the following: 1. Possibility of settlement in the case; 2. If no possibility of settlement exists, the nature and length of discovery necessary to get the case ready for trial. Plaintiff is directed to advise all other parties of the courts action herein and to forward a copy of the courts procedure guidelines to defendant(s). The standing order on case management procedures is available on the courts website at www.ilnd.uscourts.gov/JUDGE/CONLON/sbcpage.htm or can be picked up from the courtroom deputy in room 1744.Notices mailed by Judicial staff. (wyh, ) (Entered: 06/27/2008) |
| 06/27/2008 | Ï 11 | Local Rule 3.4 Notice of Claims Involving Patents by Papst Licensing GmbH &Co. KG (Ambrogi, John) (Entered: 06/27/2008) |
| 06/27/2008 | Ï 12 | Rule 7.1 Corporate Disclosure by Papst Licensing GmbH &Co. KG (Ambrogi, John) (Entered: 06/27/2008) |
| 06/30/2008 | Ï 13 | NOTICE of Correction regarding document number 9 – The document has been filed in the incorrect case. The text of the entry has been edited and the PDF file has been replaced. (kj, ) (Entered: 06/30/2008) |
| 07/14/2008 | Ï 14 | ATTORNEY Appearance for Plaintiff Papst Licensing GmbH &Co. KG by Joseph Eben Cwik (Cwik, Joseph) (Entered: 07/14/2008) |
| 07/14/2008 | Ï 15 | MOTION by Plaintiff Papst Licensing GmbH &Co. KG for extension of time *for Sanyo North America to respond to complaint* (Cwik, Joseph) (Entered: 07/14/2008) |
| 07/14/2008 | Ï 16 | NOTICE of Motion by Joseph Eben Cwik for presentment of extension of time 15 before Honorable Suzanne B. Conlon on 7/17/2008 at 09:00 AM. (Cwik, Joseph) (Entered: 07/14/2008) |
| 07/15/2008 | Ï 17 | ATTORNEY Appearance for Plaintiff Papst Licensing GmbH &Co. KG by Michele Sharon Katz (Katz, Michele) (Entered: 07/15/2008) |
| 07/15/2008 | Ï 18 | AFFIDAVIT of Service filed by Plaintiff Papst Licensing GmbH &Co. KG regarding Summons and Complaint served on Sanyo North America Corporation on June 27, 2008 (Katz, Michele) (Entered: 07/15/2008) |
| 07/17/2008 | Ï 19 | MINUTE entry before the Honorable Suzanne B. Conlon:Plaintiff's consent motion for extension of time for defendant Sanyo North American Corporation to respond to complaint 15 is entered and continued to July 24, 2008.( Motion Hearing set for 7/24/2008 at 09:00 AM.)Notices mailed by Judicial staff. (wyh, ) (Entered: 07/18/2008) |
| 07/23/2008 | Ï 20 | ATTORNEY Appearance for Defendant Sanyo North America |

| | | |
|---|---|---|
| | | Corporation by Breighanne Aileen Eggert (Eggert, Breighanne) (Entered: 07/23/2008) |
| 07/23/2008 | Ï 21 | ATTORNEY Appearance for Defendant Sanyo North America Corporation by Michael Adam Dorfman (Dorfman, Michael) (Entered: 07/23/2008) |
| 07/23/2008 | Ï 22 | ATTORNEY Appearance for Defendant Sanyo North America Corporation by Timothy J. Vezeau (Vezeau, Timothy) (Entered: 07/23/2008) |
| 07/24/2008 | Ï 23 | MINUTE entry before the Honorable Suzanne B. Conlon:Status and motion hearing held. Papst Licensing's consent motion for an extension of time for Sanyo North America Corporation to respond to the complaint 15 is granted. Defendant Sanyo Electronic Co., Ltd. shall answer or otherwise plead to the complaint by September 15, 2008. Notices mailed by Judicial staff. (wyh, ) (Entered: 07/24/2008) |
| 07/25/2008 | Ï 24 | MINUTE entry before the Honorable Suzanne B. Conlon:Due to a clerical error, the minute order dated July 24, 2008 is amended. Defendant Sanyo North American Corporation shall answer or otherwise plead to the complaint by September 15, 2008. Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435–36 (2001) this case is transferred under 28, USC, Section 1407 to the District of Columbia. Civil case terminated. Notices mailed by Judicial staff. (wyh, ) (Entered: 07/28/2008) |
| 07/29/2008 | Ï 25 | Notice of Conditional Transfer Order by Papst Licensing GmbH &Co. KG (Attachments: # 1 Exhibit A and B)(Ambrogi, John) (Entered: 07/29/2008) |
| 07/29/2008 | Ï 26 | Notice of Conditional Transfer Order by Papst Licensing GmbH &Co. KG (Ambrogi, John) (Entered: 07/29/2008) |
| 08/11/2008 | Ï 27 | CONDITIONAL TRANSFER ORDER from the MDL Panel transferring case to the District of Columbia District Court.(kj, ) (Entered: 08/11/2008) |
| 08/11/2008 | Ï 28 | TRANSFERRED to the District of Columbia the electronic record pursuant to MDL Order; MDL 1880.(kj, ) (Entered: 08/11/2008) |